# EXHIBIT 1



September 20, 2021

President Joseph R. Biden, Jr.
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20502

Dear Mr. President,

As chief executives of our states, we request a meeting with you at The White House to bring an end to the national security crisis created by eight months of unenforced borders. The months-long surge in illegal crossings has instigated an international humanitarian crisis, spurred a spike in international criminal activity, and opened the floodgates to human traffickers and drug smugglers endangering public health and safety in our states. A crisis that began at our southern border now extends beyond to every state and requires immediate action before the situation worsens.

The negative impacts of an unenforced border policy on the American people can no longer be ignored. Border apprehensions are up almost 500% compared to last year, totaling more than 1.3 million—more people than the populations of nine U.S. states. Approximately 9,700 illegal apprehensions have prior criminal convictions. Cartels and traffickers are making $14 million a day moving people illegally across the border. More fentanyl has been seized this fiscal year than the last three years combined—almost 10,500 pounds of fentanyl when only 2 milligrams prove fatal. This is enough to kill seven times the U.S. population.

Despite the lack of federal action to reverse the crisis, many states have stepped up and committed unprecedented resources to support the security of our national border. We have heard directly from our constituents about the damage this crisis has caused in our states, and it is our duty as elected officials to act swiftly to protect our communities, as it is yours.

While governors are doing what we can, our Constitution requires that the President must faithfully execute the immigration laws passed by Congress. Not only has the federal government created a crisis, it has left our states to deal with challenges that only the federal government has a duty to solve. Our immigration system may be complicated and complex, but the solution to ending the border crisis is simple and straightforward. As President, you have the ability to take action to protect America, restore security, and end the crisis now.

September 20, 2021
Page 2 of 3

Therefore, we come directly to you seeking an open and constructive dialogue regarding border enforcement on behalf of U.S. citizens in our states and all those hoping to become U.S. citizens. We must end the current crisis and return to border operations that respect the laws of our land and the lives of all people, including those in our states looking to the federal government to enforce and protect our nation's borders.

Due to the emergent crisis, we respectfully request a meeting as soon as your schedule allows within 15 days. While we know your responsibilities as Commander in Chief are substantial, ending the national crisis and securing our states must be a priority.

Sincerely,

Governor Doug Ducey
State of Arizona

Governor Greg Abbott
State of Texas

Governor Kay Ivey
State of Alabama

Governor Mike Dunleavy
State of Alaska

Governor Asa Hutchinson
State of Arkansas

Governor Ron DeSantis
State of Florida

Governor Brian Kemp
State of Georgia

Governor Brad Little
State of Idaho

Governor Eric Holcomb
State of Indiana

Governor Kim Reynolds
State of Iowa

Governor Larry Hogan
State of Maryland

Governor Charlie Baker
State of Massachusetts

Governor Tate Reeves
State of Mississippi

Governor Mike Parson
State of Missouri

Governor Greg Gianforte
State of Montana

Governor Pete Ricketts
State of Nebraska

Governor Chris Sununu
State of New Hampshire

Governor Doug Burgum
State of North Dakota

September 20, 2021
Page 3 of 3

Governor Mike DeWine
State of Ohio

Governor Kevin Stitt
State of Oklahoma

Governor Henry McMaster
State of South Carolina

Governor Kristi Noem
State of South Dakota

Governor Bill Lee
State of Tennessee

Governor Spencer Cox
State of Utah

Governor Jim Justice
State of West Virginia

Governor Mark Gordon
State of Wyoming

# EXHIBIT 2



Secretary

U.S. Department of Homeland Security
Washington, DC 20528

November 24, 2021

The Honorable Douglas Ducey
Governor
State of Arizona
1700 West Washington Street
Phoenix, AZ  85007

Dear Governor Ducey:

Thank you for your September 20, 2021 letter to President Biden regarding the complex and multifaceted challenges at our Southwest Border and ensuring the safety of the American people.  Your letter was forwarded to the Department of Homeland Security for response.

The security of the Southwest Border and the safety of the American people are utmost priorities for the Biden-Harris Administration.  DHS continues to enforce immigration laws and assist the Centers for Disease Control and Prevention (CDC) in enforcing its public health order, pursuant to Title 42 of the U.S. Code, while executing a long-term strategy and plan to rebuild a safe, orderly, and humane immigration and border management system.

The COVID-19 pandemic's ongoing health and economic impact throughout our hemisphere has contributed to migration flows that defy historical patterns.  The trend of increased encounters at the Southwest Border began well before the current Administration took office and is exacerbated by a higher-than-average share of repeat encounters.  At the same time, DHS's ability to expel individuals under the CDC order has decreased because of Mexico's reduced acceptance of expulsions and other countries' requirements to accept expulsions from the United States.  This ability may be reduced further due to active litigation.

In recent months, DHS has deployed additional U.S. Customs and Border Protection staff to the Southwest Border; significantly expanded processing capacity; co-located U.S. Immigration and Customs Enforcement personnel with CBP in different locations; developed and deployed technological tools to further streamline processing efforts; reinvigorated DHS's intelligence cell to establish better and early warning systems that can detect irregular migration in the region before migrants arrive at the U.S. border; and leveraged the use of expedited removal for individuals who cannot be expelled under Title 42 and who do not claim a fear of persecution or torture.  Additionally, DHS has worked with the U.S. Department of Justice (DOJ) to create a dedicated immigration court docket to conclude removal proceedings more efficiently and fairly for certain newly arriving families.

Regarding irregular migration more broadly, the Administration recognizes that lasting solutions require looking far beyond the Southwest Border, and that curbing the flow of irregular

Page 2

migrants must comprehensively address long-standing factors that drive migration.  Although there is no quick, easy, or single solution that will adequately address these challenges, the Administration has taken a series of steps forward.

 First, the most sustainable solution is to address the root causes that push people to leave their home and migrate irregularly in the first place.  To this end, the Administration is engaging with foreign governments and other partners to address insecurity, violence, corruption, and systemic poverty in countries experiencing large outflows of migrants.  As part of this effort, President Biden has included $861 million in aid for Central America in his FY22 budget proposal.  The aim of this initiative is for individuals to find safety, security, and opportunity at home.

 Second, the Administration is working with foreign governments and international organizations to provide potential migrants with meaningful opportunities to seek humanitarian protections as close to home as possible.  For those who must flee and have a need for safety, a dangerous trek over thousands of miles should not be their only option.

 Third, the Administration is promoting shared responsibility with other countries in the region by supporting their efforts to improve their border security, information sharing, protection, and temporary labor capacities.  In addition to bolstering humanitarian protection capacity, the Administration is working to build lawful immigration pathways for individuals in the region.

 Fourth, the Administration is seeking to dramatically improve its system for processing migrants at the Southwest Border and adjudicating any humanitarian protection claims that are made in a fair and timely way.  Together with DOJ, DHS is in the process of finalizing a rule on this significant reform to our domestic humanitarian protection system.

 While these efforts will dramatically improve migration management in the region and ensure safe and orderly processing at the Southwest Border, they will take time.  Addressing longstanding challenges and rebuilding dismantled programs cannot be accomplished overnight, but the Administration is committed to exploring all resources, authorities, and partnerships to achieve these objectives.  Missing are the tools only Congress can provide, and DHS calls on Congress to enact decades-overdue legislation to fundamentally reform the U.S. immigration system and bring it in line with our Nation's current migration challenges.

 As refenced in your letter, transnational criminal organizations (TCOs) pose a significant danger to the American people, as well as to those they smuggle.  TCOs profit from exploiting migration flows, preying on those in vulnerable positions, and use migrants to disrupt efforts to combat other lucrative and illicit businesses.  In doing so, TCOs present a constant threat to the lives and livelihoods of migrants, border communities, and Americans impacted by their activities, including, as you allude to in your letter, those affected by the devastating opioid epidemic facing our Nation.

 Consequently, on April 27, 2021, DHS announced a new collaborative anti-smuggling effort called Operation Sentinel to target all personnel and identifiable resources that TCOs require to operate.  Utilizing the full breadth of domestic and foreign authorities, data, analytic capability, and capacity, Operation Sentinel maps organizations' networks; targets their members, associates,

and assets; and employs a series of focused actions and sanctions against them. Furthermore, ICE Homeland Security Investigations leverages its Border Enforcement Security Task Forces (BEST) program to bring together officers from more than 100 different law enforcement agencies to combat TCOs. BESTs employ a broad range of federal, state, local, tribal, and international law enforcement authorities and resources to identify, investigate, disrupt, and dismantle these organizations at every level. This model has enhanced collaboration between international partners in multinational criminal investigations.

In addition, ICE HSI administers mobile, biometric data collection programs to disrupt and dismantle TCOs by strengthening international partners' law enforcement investigations, border security, and counterterrorism efforts. Lastly, through ICE HSI's Transnational Criminal Investigative Unit (TCIU) program, ICE HSI engages vetted host country partners to facilitate rapid bilateral cooperation on investigations and prosecutions related to weapons trafficking, counter-proliferation, money laundering, bulk cash smuggling, human and narcotics trafficking and smuggling, customs-related fraud, child exploitation, and cybercrime.

Whether on the near-term response to manage migration flows at the Southwest Border or executing on the Administration's strategies to address root causes and collaboratively manage migration challenges overall, DHS personnel on the frontlines of these critical missions are delivering day in and day out on behalf of the American people. They have the Administration's full support in their tireless efforts.

Thank you again for your letter. The cosigners of your letter will receive separate, identical responses. Should you wish to discuss this matter further, please do not hesitate to contact me.

Sincerely,

Alejandro N. Mayorkas
Secretary

# EXHIBIT 3

GOVERNOR DOUGLAS A. DUCEY

# STATE OF ARIZONA
# EXECUTIVE ORDER

**Executive Order 2022-04**

**Securing Arizona's Southern Border**

**WHEREAS**, on April 20, 2021, I issued a declaration of emergency pursuant to A.R.S. § 26-303(D) due to the condition on Arizona's southern border and the failed policies of the federal government that have encouraged foreign nationals to illegally cross the border; and

**WHEREAS**, consistent with that declaration, in 2021, I deployed the Arizona National Guard to the Arizona border to assist law enforcement and local governments with the crisis in order to ensure that law enforcement could maximize their presence across the border; and

**WHEREAS**, since that time, the public health, safety and welfare has continued to be threatened with the State, local governments and non-governmental organizations bearing the brunt of the influx of foreign nationals crossing into Arizona; and

**WHEREAS**, in 1907, declaring that it was "necessary for the public welfare," President Theodore Roosevelt unilaterally issued a Presidential Proclamation without relying upon congressional authorization claiming a 60-foot wide swath of land as reserved to the federal government "as a protection against the smuggling of goods between the United States and the Republic [of Mexico]"; and

**WHEREAS**, for years, the federal government has failed to use, maintain and safeguard this swath of land for the purpose designated in President Roosevelt's Proclamation, resulting in dire consequences for Arizona which has been forced to suffer the consequence of the exploitation of Arizona's southern border with Mexico by transnational criminal organizations, also known as cartels; and

**WHEREAS**, the federal government's refusal to secure the southern border has resulted in the ability of transnational criminal organizations to import illegal drugs, including marijuana, heroin, methamphetamine and recently fentanyl across an unrestricted southern border in Arizona; and

**WHEREAS**, the federal government has intentionally neglected Arizona's southern border as it installed barriers on the border with Mexico from California to Texas; and

**WHEREAS**, construction of an effective border barrier on Arizona's border by the federal government began in 2017, but was halted by the federal government in 2021 prior to completion, without consideration of the impact that gaps in the barrier would have on Arizona's border communities; and

**WHEREAS**, in 2021 the federal government lifted the "Remain in Mexico" policy that limited the number of foreign nationals accepted into the United States under its immigration limits, resulting in



litigation that was resolved in favor of the federal government at the United State Supreme Court in June, 2022; and

**WHEREAS**, on August 9, 2022, following the issued judgment regarding the United States Supreme Court opinion on the "Remain in Mexico" program, the federal government terminated the program; and

**WHEREAS**, in early 2021 when the "Remain in Mexico" program was first lifted, more than 100,000 foreign nationals illegally crossed the southern border in just one month, and the numbers of illegal border crossers has skyrocketed to historic levels; and

**WHEREAS**, it is projected that following the termination of the "Remain in Mexico" program, the same trend of increased illegal border crossings into Arizona will occur; and

**WHEREAS**, Arizona's communities are currently dealing with large numbers of foreign nationals who are crossing into the United States illegally and using state and local resources, that are significantly more in demand due to the strain that inflation is placing on our own citizens, creating a nuisance for which the federal government has refused and failed to abate; and

**WHEREAS**, the shelters in Yuma County that assist foreign nationals seeking refuge in the United States following processing by United States Customs and Border Protection have been over capacity for months, with capacity ranging from approximately 115% to 160%; and

**WHEREAS**, at times over the past year, shelters in Pima County have also been over capacity resulting in overflow to shelters in Maricopa County and throughout the nation; and

**WHEREAS**, to manage this humanitarian crisis, the State of Arizona has already taken on great expense to assist foreign nationals to move on to their final destinations by transporting those who voluntarily accept assistance to Washington, D.C. where they receive further assistance; and

**WHEREAS**, the law enforcement officers in Arizona work tirelessly every day to keep the peace; and

**WHEREAS**, in 2016, the Arizona Border Strike Force was established to target transnational criminal organizations that were exploiting Arizona's southern border through drug and human trafficking and other crime; and

**WHEREAS**, due to the lack of action by the federal government and the dire security threat presented by the lack of security on the southern border, I with 25 other Governors across the nation established the American Governors' Border Strike Force to target transnational criminal organizations and related criminal activity that contributes to our nation's drug epidemic; and

**WHEREAS**, recently, video surfaced on social media, which depicted heavily armed cartel members driving on an Arizona highway past Arizona law enforcement officers in a deliberate message that they were able to operate with impunity; and

**WHEREAS**, just south of Arizona, transnational criminal organizations and cartels are in control of the plazas that control the flow of people and goods into the Arizona and beyond; and

**WHEREAS**, these transnational criminal organizations also have control over whether and where foreign nationals cross illegally into Arizona; and

**WHEREAS**, these transnational criminal organizations use the gaps in the border wall between Arizona and Mexico to effectuate their criminal activity — including the importation of illicit drugs — into our state; and

**WHEREAS**, law enforcement officials have also apprehended subjects crossing Arizona's southern border that are on the terrorist watchlist; and

**WHEREAS**, in December, 2021, the United States Department of Homeland Security "authorize[d] the U.S. Customs and Border Protection (CBP) to address life, safety, environmental, and remediation requirements for border barrier projects located within the Border Patrol's Yuma and Tucson Sectors"; and

**WHEREAS**, as of today, construction for those projects have yet to begin; and

**WHEREAS**, since January 2021, numerous subjects on the United States terrorist watchlist have been arrested while attempting to cross the southern border, with an unknown number actually crossing without being apprehended; and

**WHEREAS**, in the last month, the federal government again announced that it will fill the gaps in the border wall in some areas of the southern border after eighteen months of allowing criminals and terrorists to enter the United States – issuing a request for proposals that will delay construction for at least another month; and

**WHEREAS**, following that announcement, the proposed timeline for completion will be no sooner than sometime in the next three to six months; and

**WHEREAS**, Arizona state agency personnel have had good faith discussions with federal authorities about the current humanitarian and public safety crisis where those authorities agreed that it was necessary to close the gaps in the border wall to address the current situation on Arizona's southern border; and

**WHEREAS**, due to the ongoing crisis on Arizona's southern border, and in addition to the authority in Title 26 of the Arizona Revised Statutes, the Arizona State Legislature appropriated almost $400 million for Fiscal Year 2023 to fill the gaps in the border wall in order to relieve the criminal activity and humanitarian crisis that such gaps allow, which will minimize the flow of people through crops and other private property pursuant to Laws 2022, Chapter 334, Section 1; and

**WHEREAS**, the spending authority for this funding was effective on July 1, 2022; and

**WHEREAS**, based on information gathered by the Arizona Department of Emergency Management and the Arizona National Guard, it has been determined that the federal government has failed to protect our great state, which has resulted in imminent danger to Arizona and its citizens; and

**WHEREAS**, as Governor of Arizona, our state has enjoyed a cooperative and beneficial trade relationship with Mexico and the state of Sonora, which we intend to continue; and

**WHEREAS,** in order to ensure effective operation of the ports for all of Arizona's vital trade partners, Arizona must secure its southern border; and

**WHEREAS,** the State of Arizona has the inherent right under the United States Constitution to defend itself when there is imminent danger to the health, welfare, safety and security of its citizens; and

**WHEREAS,** it is necessary and appropriate to protect the lives and safety of the citizens of Arizona and to protect and preserve private and public properties.

**NOW, THEREFORE,** I, Douglas A. Ducey, Governor of the State of Arizona, by virtue of the authority vested in me by the Arizona Constitution and laws of this state including but not limited to Title 26, Chapter 2 of the Arizona Revised Statutes hereby order as follows:

1. The Department of Emergency Management shall immediately initiate operations to close the gaps in Arizona's southern border wall, regardless of location, consistent with Laws 2022, Chapter 334, Section 1 and other applicable Arizona laws.
2. The Department of Emergency Management shall work with other Arizona state agencies, local authorities, private organizations and, to the extent possible, federal agencies to accomplish this mission as quickly as possible.
3. The continued authorization of the Adjutant General to mobilize and activate all or such part of the Arizona National Guard as is determined necessary to assist in the protection of life and property throughout the State for the purposes of the prior emergency declaration and this order.

**IN WITNESS WHEREOF**, I have hereunto set my hand and caused to be affixed the Great Seal of the State of Arizona.

*[signature: Douglas A. Ducey]*

**GOVERNOR**

**DONE** at the Capitol in Phoenix on this twelfth day of August in the year Two Thousand and Twenty Two and of the Independence of the United States of America the Two Hundred and Forty-Seventh.

**ATTEST:**

*[signature]*

**Secretary of State**

# EXHIBIT 4

2136    PROCLAMATIONS, 1907.

tions shall not apply to any land embraced in any selection, entry, or filings, which may have been permitted to remain of record subject to the creation of a permanent reservation.

*Reserved from settlement.*

Warning is hereby given to all persons not to make settlement upon any of the lands reserved by this proclamation, unless and until they are listed by the Secretary of Agriculture and opened to homestead settlement or entry by the Secretary of the Interior under the Act of Congress, approved June eleventh, nineteen hundred and six, entitled, "An Act To provide for the entry of Agricultural lands within forest reserves."

*Vol. 34, p. 233.*

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington this 25th day of May, in the year of our Lord one thousand nine hundred and seven, [SEAL.] and of the Independence of the United States the one hundred and thirty-first.

THEODORE ROOSEVELT

By the President:
ELIHU ROOT
    *Secretary of State.*

---

May 27, 1907.

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA.

A PROCLAMATION.

*Mexican boundary. Preamble.*

WHEREAS, it is necessary for the public welfare that a strip of land lying along the boundary line between the United States and the Republic of Mexico be reserved from the operation of the public land laws and kept free from obstruction as a protection against the smuggling of goods between the United States and said Republic;

*Reservation of a strip of land 60 feet wide.*

Now, therefore, I, THEODORE ROOSEVELT, President of the United States, do hereby declare, proclaim and make known that there are hereby reserved from entry, settlement or other form of appropriation under the public land laws and set apart as a public reservation, all public lands within sixty feet of the international boundary between the United States and the Republic of Mexico, within the State of California and the Territories of Arizona and New Mexico; and where any river or stream forms any part of said international boundary line, this reservation shall be construed and taken as extending to and including all public lands belonging to the United States which lie within sixty feet of the margin of such river or stream.

*Location.*

*Lands excepted.*

Excepting from the force and effect of this proclamation all lands which are at this date embraced in any legal entry or covered by any lawful filing, selection or rights of way duly of record in the proper United States Land Office, or upon which any valid settlement has been made pursuant to law, and the statutory period within which to make entry or filing of record has not expired; and also excepting all lands which at this date are embraced within any withdrawal or reservation for any use or purpose to which this reservation for customs purposes is repugnant; PROVIDED, that these exceptions shall not continue to apply to any particular tract of land unless the entryman, settler or claimant continues to comply with the law under which the entry, filing or settlement was made, or unless the reservation or withdrawal to which this reservation is inconsistent

continues in force; PROVIDED FURTHER, that the said strips, tracts, or parcels of land, reserved as aforesaid, may be used for public highways but for no other purpose whatever, so long as the reservation of same under this proclamation shall continue in force.  <span style="float:right">Use for public highways.</span>

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the United States to be affixed.

DONE at the City of Washington this 27th day of May, in the year of our Lord one thousand nine hundred and seven, and of [SEAL.] the Independence of the United States the one hundred and thirty-first.

THEODORE ROOSEVELT

By the President:
ELIHU ROOT
    *Secretary of State.*

---

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA  <span style="float:right">May 27, 1907.</span>

## A PROCLAMATION

WHEREAS, it appears that the public good would be promoted by adding to the Diamond Mountain National Forest certain lands, within the State of California, which are in part covered with timber, and by excluding therefrom certain lands;  <span style="float:right">Diamond Mountain National Forest, Cal. Preamble. Vol. 34, pp. 3113, 3241.</span>

Now, therefore, I, Theodore Roosevelt, President of the United States of America, by virtue of the power in me vested by the Act of Congress, approved June fourth, eighteen hundred and ninety-seven, entitled, "An Act Making appropriations for sundry civil expenses of the Government for the fiscal year ending June thirtieth, eighteen hundred and ninety-eight, and for other purposes," do proclaim that the boundaries of the Diamond Mountain National Forest are hereby changed and that they are now as shown on the diagram forming a part hereof;  <span style="float:right">Boundaries modified. Vol. 30, p. 36. *Post,* pp. 2138, 2246.</span>

Excepting from the force and effect of this proclamation all lands which are at this date embraced in any legal entry or covered by any lawful filing or selection duly of record in the proper United States Land Office, or upon which any valid settlement has been made pursuant to law, if the statutory period within which to make entry or filing of record has not expired; and also excepting all lands which at this date are embraced within any withdrawal or reservation for any use or purpose with which this reservation for forest uses is inconsistent: Provided, that these exceptions shall not continue to apply to any particular tract of land unless the entryman, settler, or claimant continues to comply with the law under which the entry, filing, or settlement was made, or unless the reservation or withdrawal with which this reservation is inconsistent continues in force; not excepting from the force and effect of this proclamation, however, any part of the National Forest hereby enlarged which may have been withdrawn to protect the coal therein, but this proclamation does not vacate any such coal land withdrawal: and provided that these exceptions shall not apply to any land embraced in any selection, entry, or filing, which may have been permitted to remain of record subject to the creation of a permanent reservation.  <span style="float:right">Lands excepted.

Coal lands.</span>

Warning is hereby given to all persons not to make settlement upon any of the lands reserved by this proclamation, unless and until they are listed by the Secretary of Agriculture and opened to homestead settlement or entry by the Secretary of the Interior under  <span style="float:right">Reserved from settlement.</span>