Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Ryan J. Regula (#028037)
Charlene A. Warner (#037169)
SNELL & WILMER L.L.P.
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: bwjohnson@swlaw.com
        cahler@swlaw.com
        rregula@swlaw.com
        cwarner@swlaw.com

Anni L. Foster (#023643)
General Counsel
Office of Arizona Governor Douglas A. Ducey
1700 West Washington Street
Phoenix, Arizona 85007
Telephone: 602-542-4331
E-Mail: afoster@az.gov

*Attorneys for Plaintiff Douglas A. Ducey,
Governor of the State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas A. Ducey, Governor of the State of Arizona, in his official capacity,<br><br>Plaintiff,<br><br>v.<br><br>Randy Moore, Chief of the United States Forest Service, in his official capacity; Camille Calimlim Touton, Commissioner of the United States Bureau of Reclamation, in her official capacity; Thomas J. Vilsack, United States Secretary of Agriculture, in his official capacity; United States Forest Service; and United States Bureau of Reclamation,<br><br>Defendants. | No.<br><br>**Douglas A. Ducey, Governor of the State of Arizona, Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Douglas A. Ducey, Governor of the State of Arizona., in compliance with the provisions of:

   __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

   _____   Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   _____   Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

   __X__   No such corporation.

   _____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

            Relationship_____

   _____   Publicly held corporation, not a party to the case, with a financial interest in the outcome.

            Relationship_____

   _____   Other (please explain):

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 21st day of October, 2022.

                    SNELL & WILMER L.L.P.

                    By: /s/ Brett W. Johnson
                         Brett W. Johnson
                         Colin P. Ahler
                         Ryan J. Regula
                         Charlene A. Warner
                         1 E. Washington St., Suite 2700
                         Phoenix, AZ 85004

                         Anni L. Foster
                         OFFICE OF ARIZONA GOVERNOR
                         DOUGLAS A. DUCEY
                         1700 West Washington Street
                         Phoenix, Arizona 85007

*Attorneys for Plaintiff Douglas A. Ducey, Governor of the State of Arizona*