Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org
*Applicant Pro Hac Vice*

*Attorney for Proposed Defendant-Intervenors*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas A. Ducey, Governor of Arizona, in his official capacity, | No. 22-cv-01814-DMF |
| Plaintiff, | **DECLARATION OF DR. ROBIN SILVER** |
| vs. | |
| Randy Moore, Chief of the United States Forest Service, in his official capacity, *et al.*, | |
| Defendants, | |
| and | |
| Center for Biological Diversity, | |
| Proposed Defendant-Intervenors. | |

I, Dr. Robin Silver, declare as follows:

1.      The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.

2.      I reside in Flagstaff, Arizona.  I am a parent, a conservation writer/investigator, a professional photographer, an emergency room physician, and an Arizona native.  I personally have been involved in protecting the public lands in Cochise County since 1987 through public education, engagement with federal, state, and local agencies, and when necessary, through litigation.  For more than three decades, as a professional photographer, I specialized in photographing and documenting the status of imperiled wildlife and the habitats required for their survival and thus use my images to protect and conserve my subjects.  My photographs have been published in numerous various media and other outlets.

3.      As a professional photographer, I first photographed a jaguar in 1988.



1

© Robin Silver

4. I have attempted to make poster quality images of ocelots on numerous occasions; however, I have not yet been successful.

5. In 1991, I co-founded the Southwest Center for Biological Diversity, which later became the Center for Biological Diversity ("the Center"). I am now an employee of the Center and a member of its Board of Directors. As a board member, I am responsible for general oversight of the Center's activities.

6. The Center is a non-profit 501(c)(3) public interest, conservation organization with more than 1.7 million members and online activists dedicated to the protection of endangered species and wild places and to the fulfillment of the continuing educational goals of our membership and the general public. The Center is headquartered in Tucson, Arizona. The Center's mission is as follows:

> At the Center for Biological Diversity, we believe that the welfare of human beings is deeply linked to nature — to the existence in our world of a vast diversity of wild animals and plants. Because diversity has intrinsic value, and because its loss impoverishes society, we work to secure a future for all species, great and small, hovering on the brink of extinction. We do so through science, law and creative media, with a focus on protecting the lands, waters and climate that species need to survive.[1]

Conservation efforts and activities in Cochise County have been a focal point of the Center's work since its founding in 1991.

7. The Center, and its staff and members, research, study, observe, publicize, and seek protection for ecosystems, plants, and animals in Cochise County. The Center

---

[1] https://www.biologicaldiversity.org/about/.

advocates for protective measures that would ensure the future ecological health and sustainability of public lands in Cochise County and the diverse plants and wildlife that depend on them for survival.

8.  For jaguar specifically, the Center filed suit against the United States Fish and Wildlife Service ("FWS") on April 4, 1994, for its failure to decide whether to list the jaguar in the United States under the Endangered Species Act.  On July 22, 1997, as the result of the Center's lawsuit, FWS listed the jaguar as endangered.  On July 21, 2003, the Center, along with Defenders of Wildlife, filed a lawsuit to compel FWS to develop a recovery plan and to designate critical habitat for endangered jaguars in the United States.  On August 2, 2007, a second lawsuit was necessary and was filed by the Center to compel FWS to develop a recovery plan and to designate critical habitat for jaguars.  As a result of our litigation, on August 17, 2012, FWS proposed critical habitat in southern Arizona and New Mexico.  And finally, on March 4, 2014, the Service finalized designation of jaguar critical habitat.

9.  This designated critical habitat includes the area where Governor Ducey is currently deploying his shipping containers on the western side of the Huachuca Mountains in the San Rafael Valley.

10.  At the direction of Governor Ducey, the state of Arizona is currently installing a border barrier on a ten-mile stretch of federal land along the Arizona-Mexico border, using shipping crates.[2]

---

[2] Exhibit A (Oct. 13, 2022, letter from U.S. Bureau of Reclamation to Arizona); *see also* https://tucson.com/news/local/subscriber/arizona-begins-installing-border-barrier-in-cochise-

3

11.     The area where the state is installing shipping containers is an established and critical movement corridor for federally protected jaguars and ocelots. Both jaguars and ocelots have been sighted and documented in the area.[3]

12.     Critical habitat is defined as the "[s]pecific areas within the geographical area occupied by the species at the time of listing that contain physical or biological features essential to conservation of the species…"[4]  The fact that the current area of Governor Ducey's shipping container deployment is within designated critical habitat is illustrated by the following FWS map of jaguar critical habitat, which I have annotated for clarity.[5]  The brown-orange areas are designated critical habitat.  I have added a circle to show the area where Governor Ducey is currently

---

county/article_79be386c-53bd-11ed-9b42-a385fe9b8cd3.html#tracking-source=home-the-latest.

[3] *See* Exhibit B (Elusive jaguar and ocelot captured on Southern Arizona trail cameras, Erin Stone, Arizona Republic, February 3, 2021, found at https://www.azcentral.com/story/news/local/arizona-environment/2021/02/03/endangered-jaguar-ocelot-appear-southern-arizona-trail-cameras/4365394001/); *see also* Jaguar surveying and monitoring in the United States, Melanie Culver in cooperation with the U.S. Fish and Wildlife Service, Open-File Report 2016-1095, November 2016, https://doi.org/10.3133/ofr20161095; Personal communication with Chris Bugbee, Conservation CATalyst, 2020; A few jaguars now roam the Arizona borderlands—why that's a big deal, By Douglas Main, Published July 25, 2022; https://www.nationalgeographic.com/animals/article/several-jaguars-roam-arizona-mexico-borderlands; The crossing of 'El Jefe': Famed jaguar circumvents US-Mexico border wall, Andrea J. Arratibel, Mexico - Aug 25, 2022 - 10:58 EDT, https://english.elpais.com/society/2022-08-25/the-crossing-of-el-jefe-famed-jaguar-circumvents-us-mexico-border-wall.html.

[4] 16 U.S.C. § 1532(5)(A)(i).

[5] 86 Fed. Reg. 38570, 38571 (July 22, 2021) (Endangered and Threatened Wildlife and Plants: Revision of the Critical Habitat Designation for the Jaguar in Compliance With a Court Order).

deploying his shipping containers.



13.   In addition, the fact that this area of Governor Ducey's deployment of shipping containers is within a jaguar movement corridor is illustrated by the following map from FWS' Jaguar Recovery Plan, which I have again annotated for clarity.[6]

---

[6] Exhibit C (an excerpt from FWS' 2018 Recovery Plan, which may be found at: https://www.researchgate.net/publication/332686396_Jaguar_Recovery_Plan_Panthera_onca/link/5cc342f94585156cd7b45235/download)



Figure 4. Map of habitat connectivity and roadways of interest in the Borderlands Secondary Area as modeled by Stoner et al. (2015) (some road segments in densely populated areas omitted). A visual examination of this connectivity model, which extends across the entirety of the Northwestern Recovery Unit, reveals three corridors that extend across the U.S.-Mexico border. These corridors are intersected by Mexico Federal Highways 2 and 15. U.S. State Routes 82 and 83 also intersect with "source" habitat patches (used for modeling purposes), which may impact jaguar habitat connectivity. These areas are good candidates for further assessment to determine the potential for road crossing mitigation structures.

14. I was last personally on the ground in the immediate area of the State's current shipping container deployment on October 13, 2020. I was there observing and documenting the Trump Administration's callous disregard of all federal environmental and cultural protection laws in constructing a border wall, which is the exact same case here with Governor Ducey's shipping container deployment. My work at that time resulted in the documentation of which the following image is an

example: Historically damaging Trump Administration border construction on the west side of the Huachuca Mountains, October 13, 2020, © Robin Silver.



15. The Center has devoted considerable staff time to tracking and documenting the significant environmental impacts of border wall construction and related activities in support of the Center's numerous lawsuits and overall campaign concerning the southern border wall during the Trump Administration.

16. I have remained intimately involved in the Center's work in the border area which continues with ongoing protective surveying under my direct supervision. On October 15, 2022, I directly supervised, in real time, photography in this area which resulted, for example, in the following imagery:



Shipping containers stacked next to border road. The image is looking to the east and the scar created by past construction activity in the Huachuca Mountains' Coronado National Memorial. October 16, 2022, Center for Biological Diversity.

17. This work and related images contributed to the Center's filing on October 19, 2022, of our Notice of Intent to Sue Governor Ducey and his Departments of Emergency and Military Affairs and Homeland Security for Endangered Species Act Section 9 violations "to stop the obstruction of one of the last established endangered jaguars and ocelot movement corridors between Mexico and the United States by the inappropriate and unnecessary placement of shipping containers along the border in the San Rafael Valley west of the Huachuca Mountains in Southeast Arizona."  Exhibit D.  I was the primary author of this Notice.

18. Our October 19, 2022 Notice states, "The shipping containers are reasonably certain to cause unlawful take of jaguar and ocelot by harassment via the obstruction of a major movement corridor." *Id.*

> The shipping containers are reasonably certain to cause unlawful take of jaguar and ocelot by harm through adverse modification and degradation of habitat that significantly impairs essential behavior patterns, namely the ability to utilize a major movement corridor. Preventing essential movement for survival and recovery is an obvious injury to jaguar and ocelot. Babbitt v. Sweet Home Chapt. Comms. For Ore. (94-859), 515 U.S. 687 (1995).

19. This work and related images also contributed to the Center's October 20, 2022 letter to Secretary of Agriculture Tom Vilsack, U.S. Forest Service Chief Randy Moore, U.S. Forest Service Southwest Regional Forester Michiko Martin, and Coronado National Forest Supervisor Kerwin Dewberry for their "failure to stop illegal trespass, destruction of federal property and occupation of Coronado National Forest property by the State of Arizona's clearing of land and placement of shipping containers along the border in the San Rafael Valley west of the Huachuca Mountains in Southeast Arizona." Exhibit E. The area of Governor Ducey's staging, habitat destruction and shipping container deployment is on the U.S. Department of Agriculture Coronado National Forest. I was the primary author of this correspondence.

20. In our October 20, 2022, correspondence, we quote the October 13, 2022, Bureau of Reclamation's statement that, "unauthorized placement of those containers constitutes a violation of federal law and is a trespass against the United States (43 C.F.R. Part 423; 43 C.F.R. Part 429). That trespass is harming federal lands and resources and impeding Reclamation's ability to perform its mission." Exhibit E.

21. What was not publicly known at the time was that on October 7, 2022, Coronado National Forest Supervisor Dewberry had written to Governor Ducey's Director of Emergency and Military Affairs stating that

> As of October 6, 2022, at least 22 shipping containers, associated construction equipment, and private security personnel were located on the area. The Forest Service did not authorize this occupancy and use. It is my understanding that AZDEMA also intends to transport additional containers to the border and that it proposes to utilize existing roads to transport shipping containers to their intended destinations. Not only has the Forest Service not authorized the placement of any shipping containers on NFS lands, AZDEMA has not identified which roads will be used, how the proposed road use will impact NFS lands, or the extent to which excavation will required to facilitate the placement of the containers.… [P]lease refrain from any further activity associated with the containers on NFS lands, including the use of any equipment, until such time as a proper authorization is secured.

Doc. 1 (Complaint), Exhibit 5.

22. I continue to lead the Center's efforts to protect this critical movement corridor for endangered jaguar and ocelot. In addition to my above involvement, I continue to be the point person for the Center's outreach and educational efforts to thwart Governor Ducey's ongoing illegal attempt to evade any respect and compliance with the environmental and cultural laws that apply to this area of deployment of his shipping containers.

23. On October 24, 2022, I observed in the Arizona Daily Star: "Filling a 10-mile gap in the Coronado National Forest would be devastating to wildlife and will do nothing to stop the movements of humans."[7]

---

[7] "Arizona begins installing border barrier in Cochise County," Danyelle Kharma, Arizona Daily Star, October 24, 2022, https://tucson.com/news/local/subscriber/arizona-begins-installing-border-barrier-in-cochise-county/article_79be386c-53bd-11ed-9b42-

24. I have aesthetic, recreational, educational, scientific, spiritual, and photographic interests in Cochise County and specifically in the San Rafael Valley on the west side of the Huachuca Mountains. I have been a local property owner in the nearby area since 1993. I have visited the area many times for photography, wildlife observation, research, recreation, educational activities, aesthetic enjoyment, and spiritual and psychic renewal. As stated above, my last visit to the specific area of the current shipping container deployment was on October 13, 2020. The laws currently being violated by Governor Ducey are the ones that are designed to rationally analyze action alternatives and to protect endangered species and the environment. I intend to return within the next several weeks to personally observe and document the historic destruction being caused by Governor Ducey's illegal publicity stunt that does nothing to prevent the movement of humans or drugs.

25. The double stacked shipping containers will be "more than 20 feet high."[8] The deployment of more ten miles of these shipping containers at the cost of at least $95 million in violation of environmental and cultural laws as a pure publicity stunt is a

---

a385fe9b8cd3.html#tracking-source=home-the-latest.

[8] "Ducey issues order to fill gap in southern border wall with shipping containers," KNAU News Talk – Arizona Public Radio, KNAU Staff, August 12, 2022, https://www.knau.org/knau-and-arizona-news/2022-08-12/ducey-issues-order-to-fill-gap-in-southern-border-wall-with-shipping-containers .; "Junk Invasion, Arizona Gov. Doug Ducey Defies Biden With Border Wall Made of Shipping Containers," Ryan Devereaux, The Intercept, October 29, 2022, https://theintercept.com/2022/10/29/arizona-border-wall-doug-ducey/.

personal and professional afront to me.  The 20-foot high and ten-mile-long line of shipping containers will obstruct a major wildlife movement corridor, in addition to needlessly and historically scarring and damaging the area.  Endangered jaguars and ocelots will face an insurmountable impediment as jaguars can leap only approximately "10 feet vertically,"[9] and an ocelot "can jump up to 6 feet high."[10]  Both jaguars and ocelots will be blocked by the more than 20 feet high shipping containers.

26. In addition to causing a historic blight on the lands, the new wall of shipping containers will also be a disruption to the hundreds of ephemeral streams and washes in the area every time there is a heavy rain.

27. I will no longer choose to recreate in the border lands region so long as these shipping containers continue to be added by the Governor and remain on the landscape.  Besides being ugly, the containers will be a constant reminder that endangered species such as jaguar and ocelot can no longer travel between Arizona and Mexico, and I will be less likely to see them or signs of them in the area.  I will only return to help document the major impacts that these shipping containers will cause the area environment.

---

[9] "All Animal Facts! Jaguar, How fast can a jaguar run?"; April 21, 2022, https://allanimalfacts.com/jaguar/#Jaguar_Speed.

[10] "All Animal Facts! Ocelot, What makes the Ocelot such a remarkable cat?"; May 12, 2022, https://allanimalfacts.com/ocelot/#Ocelot_Speed.

28. If we are granted intervention and prevail in this lawsuit, I am hopeful that all of these shipping containers will be promptly removed and the environment of the border region restored. I will then once again be able to enjoy recreating in this area.

29. In 2010, the Center submitted comments on a draft Recovery Plan for the ocelot. Exhibit F. Also in 2010, the Center filed suit against the Animal and Plant Health Inspection Service concerning the impacts of its wildlife damage management program on ocelots, which led to a favorable settlement agreement in 2017. Exhibit G.

30. In *Center for Biological Diversity et. al., v. Austin et al.*, No. 19-CV-408 and *Center for Biological Diversity et. al., v. Austin et al.*, Case No. 20-CV-1230, both filed in the United States District Court for the District of Columbia, the Center challenged the construction of border barriers on the southern border of the United States using funds provided by the Department of Defense. These cases resulted in a settlement agreement on March 24, 2022. Exhibit H. As result of these cases, the Center devoted considerable staff time and attention over a number of years to tracking and documenting the significant environmental impacts of border wall construction and activities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of November, 2022, in Coconino County, Arizona.

_____

Robin Silver, M.D.