


# United States Department of the Interior

BUREAU OF RECLAMATION
P.O. Box 61470
Boulder City, NV  89006-1470

IN REPLY REFER TO:
YAO-7100
2.2.3.18

VIA ELECTRONIC MAIL ONLY


Allen Clark
Director, Division of Emergency Management
Arizona Department of Emergency and Military Affairs
5636 E. McDowell Road
Phoenix, AZ 85008

Tim Roemer
Director, Arizona Department of Homeland Security
1700 W Washington St
Phoenix, AZ 85007

Subject:  Placement of 122 Shipping Containers on Bureau of Reclamation Lands and Rights-of-Way in Yuma, Arizona – Yuma Project, Valley Division, Arizona – Colorado River Front Work and Levee System, Yuma and Limitrophe Divisions, Arizona.

Dear Messrs. Clark and Roemer:

On Friday, August 12, 2022, Arizona Governor Douglas Ducey issued Executive Order 2022-04 instructing the Arizona Department of Emergency and Military Affairs (DEMA) (through its Department of Emergency Management) to "close the gaps in Arizona's southern border wall, regardless of location," which includes the gaps along the U.S.-Mexico border in Yuma County, Arizona.  The State then placed 80 shipping containers on Bureau of Reclamation (Reclamation) lands within the vicinity of Morelos Dam, and 42 shipping containers on Reclamation rights-of-way within the exterior boundaries of the Cocopah Indian Tribe's West Reservation.  It is our understanding that the Department of Homeland Security's Customs and Border Protection (CBP) has awarded a contract for closure of two gaps in the border barrier located on Reclamation lands near Morelos Dam and anticipates awarding an additional contract for the closure of two additional gaps in this area.  To avoid interference with this federal agency contract, Reclamation requests DEMA cease further placement of shipping containers on federal or Indian trust lands. You are requested to work with Reclamation, in consultation with the Cocopah Indian Tribe, so that CBP's project may proceed without unnecessary delay. Reclamation will be reaching out to DEMA to discuss a way forward and requests your cooperation in the removal of the containers.

The unauthorized placement of those containers constitutes a violation of federal law and is a trespass against the United States (43 C.F.R. Part 423; 43 C.F.R. Part 429).  That trespass is harming federal lands and resources and impeding Reclamation's ability to perform its mission.

INTERIOR REGION 8 • LOWER COLORADO BASIN

ARIZONA, CALIFORNIA*, NEVADA*
* PARTIAL

**EXHIBIT A**

If you have any questions or concerns, please contact Michael Norris, YAO Area Manager, at (928) 343-8123 or mnorris@usbr.gov.  Individuals in the United States, who are deaf, deafblind, hard of hearing, or have a speech disability may dial 711 (TTY, TDD, or TeleBraille) to access telecommunication relay services.  Individuals outside the United States should use the relay services offered within their country to make international calls to the point-of-contact in the United States.

Sincerely,

JACKLYNN GOULD
Digitally signed by JACKLYNN GOULD
Date: 2022.10.13 09:37:30 -07'00'

Jacklynn L. Gould, P.E.
Regional Director

**EXHIBIT A**