Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org
*Pro Hac Vice*

*Attorney for Defendant-Intervenor*
*Center for Biological Diversity*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas A. Ducey, Governor of Arizona, in his official capacity, </br></br>        Plaintiff, </br></br>vs. </br></br>Randy Moore, Chief of the United States Forest Service, in his official capacity, *et al.*, </br>        Defendants, </br></br>and </br></br>Center for Biological Diversity, </br></br>        Defendant-Intervenor. </br>_____ | No. CV-22-1814-PHX-DGC </br></br>**DEFENDANT-INTERVENOR CENTER FOR BIOLOGICAL DIVERSITY'S RESPONSE TO FEDERAL DEFENDANTS' MOTION TO DISMISS** |

Defendant-Intervenor Center for Biological Diversity ("the Center") files this response in support of Federal Defendants' Motion to Dismiss. Doc. 24. In particular, the Center strongly supports Federal Defendants' position concerning the clear jurisdiction and authority of the federal government over the border lands at issue pursuant to the United States Constitution and longstanding, controlling precedent. *See, e.g., id*., pp. 15-16, 20-22. The Center similarly supports Federal Defendants' arguments that Governor Ducey's unauthorized actions on the federal public lands at the border both directly conflict with and violate numerous federal laws. *Id*., pp. 22-24. The Governor's Complaint should be dismissed in its entirety, with prejudice.

As explained in the Center's motion to intervene, the Governor is currently taking actions at the border that are causing significant, irreparable damage to these federal public lands, which include important wildlife habitat. Doc. 6, p. 13; Doc. 8, ¶ 17; Doc. 17, pp. 5, 8; Doc. 17-1, ¶¶ 4-12. Due this ongoing, substantial, environmental harm, and the Governor's clear failure to state any viable claim on which its requested relief may be granted, the Center respectfully requests that the Court issue a ruling on Federal Defendants' motion to dismiss as rapidly as practicable.

Dated November 30, 2022.   Respectfully submitted,

*/s/ Marc D. Fink*
Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org
*Pro Hac Vice*

*Attorney for Defendant-Intervenor
Center for Biological Diversity*