GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorneys for Federal Defendants (additional counsel on signature page)*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Douglas A. Ducey, Governor of the State of Arizona,** | )<br>)<br>) |
| Plaintiff, | ) No. 2:22-cv-01814-PHX-DGC |
| v. | )<br>) |
| **Randy Moore, Chief of the United States Forest Service, in his official capacity; Camille Calimlim Touton, Commissioner of the United States Bureau of Reclamation, in her official capacity; Thomas J. Vilsack, United States Secretary of Agriculture, in his official capacity; United States Forest Service; and United States Bureau of Reclamation,** | ) **STIPULATION TO STAY**<br>) **DEADLINES**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Federal Defendants, | )<br>) |
| and | )<br>) |
| **Center for Biological Diversity,** | )<br>) |
| Defendant-Intervenor | )<br>) |

1       Federal Defendants moved to dismiss this case on November 23, 2022, and moved to transfer and consolidate a related case, *United States v Ducey*, 22-cv-02107-SMB, on December 15, 2022.  ECF Nos. 24, 28.  Plaintiff opposed both motions.  ECF Nos. 33-34.  Federal Defendants' reply in support of their motion to dismiss is due on January 17, 2023, and their reply in support of their motion to transfer and consolidate is due on January 4, 2023.  *See* ECF No. 32.  A joint status report is also due on January 17, 2023.  *Id.*

      Katie Hobbs was sworn in as the governor of Arizona and Kris Mayes as the attorney general of Arizona on January 3, 2023.  In light of the change in State administration, Plaintiff would like time for Governor Hobbs and Attorney General Mayes to review the status of this case and consider potential resolution of the case.  To that end, the parties stipulate that a stay of all deadlines, including the reply deadlines noted above, would be proper.  Accordingly, the parties respectfully request that the Court order a stay of all deadlines and provide for the parties to file a joint status report within 30 days advising the Court on the status of this case and proposing further proceedings.  A similar stipulation is being filed concurrently in *United States v Ducey*, 22-cv-02107-SMB.

      A proposed form of order granting this stipulation is submitted herewith.

GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
(Calif. Bar No. 254564)

Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, Washington 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

ANDREW A. SMITH
(NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

TYLER M. ALEXANDER
(Calif. Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

SNELL & WILMER L.L.P.

*/s/ Brett W. Johnson*
Brett W. Johnson
Colin P. Ahler
Ryan J. Regula
Charlene A. Warner
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
(623) 382-6000
bwjohnson@swlaw.com
cahler@swlaw.com
rregula@swlaw.com
cwarner@swlaw.com

STIPULATION TO STAY DEADLINES                                                         2

*Attorneys for Plaintiff*

/s/ Marc D. Fink
Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org
*Pro Hac Vice*

*Attorney for Defendant-Intervenor*
*Center for Biological Diversity*

S<small>TIPULATION TO</small> S<small>TAY</small> D<small>EADLINES</small>                                                                                        3