| | |
|---|---|
| Name | Michael Ryan Williams, Esq. |
| Bar # | 029703 (AZ) |
| Firm | 3636 North Central Avenue |
| Address | Phoenix, Arizona |
| | 85012 |
| | m.ryan.williams@gmail.com |
| Telephone | (602) 740-0321 |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Douglas A. Ducey, Governor

    Plaintiff,

vs.

Randy Moore, Chief of the United States Forest Service, et al.

    Defendant.

**Case No.** 2:22-cv-01814-PHX-DGC

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Advocates for Victims of Illegal Alien Crime in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✔] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

[ ] _____Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this ___5th___ day of ___January___, __2023__.

_/s/ Michael Ryan Williams_
Counsel of Record

Certificate of Service:

I hereby certify that on this 5th day of January, 2023, I electronically filed the Corporate Disclosure Statement with the Clerk using the CM/ECF system, which I understand to have served the parties counsel who are registered in as CM/ECF users.

/s/ Michael Ryan Williams, Esq.