GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorneys for United States/Federal Defendants (additional counsel on signature page)*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Katie Hobbs, Governor of the State of Arizona,**[1]<br>　　　　　Plaintiff,<br>　　v.<br>**Randy Moore, Chief of the United States Forest Service, in his official capacity; Camille Calimlim Touton, Commissioner of the United States Bureau of Reclamation, in her official capacity; Thomas J. Vilsack, United States Secretary of Agriculture, in his official capacity; United States Forest Service; and United States Bureau of Reclamation,**<br>　　　　　Federal Defendants,<br>**Center for Biological Diversity,**<br>　　　　　Defendant-Intervenor. | No. 2:22-cv-01814-PHX-DGC<br><br>**STIPULATION TO TRANSFER** *UNITED STATES V. HOBBS*, **2:22-cv-2107-PHX-SMB**[1] |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Arizona Governor Katie Hobbs is automatically substituted for her predecessor.

Pursuant to Local Rule of Civil Procedure 42.1(a), all Parties in this case (hereinafter, "*Hobbs* case") and in *United States v. Hobbs*, 22-cv-02107-PHX-SMB (hereinafter, "*United States* case") respectfully move this Court to transfer the *United States* case to this Court. As set forth in the United States'/Federal Defendants' December 15, 2022 Motion to Transfer, ECF No. 28, the United States/Federal Defendants argued that both cases arise from the same events, involve the same parties and the same properties, and call for determinations of the same, and substantially the same, questions of law. The Governor opposed transfer on these grounds, ECF No. 34, but after consultation with counsel for the United States/Federal Defendants, the Governor and State Defendants have agreed to withdraw their opposition to the transfer request

Both cases are presently stayed to allow the Parties time to discuss how to proceed with the cases in light of the changes in Offices of the Arizona Governor and Arizona Attorney General. *See, e.g.*, ECF Nos. 37, 38.[2] During these discussions, the Parties have agreed that the cases should be heard by a single Judge, Judge Campbell in the lower-filed case number, to avoid duplication of labor for the Parties and the Court, to avoid inconsistent rulings, and to facilitate consistent and orderly proceedings toward resolution of the cases. While the United States'/Federal Defendants' December 15, 2022 Motion to Transfer, ECF No. 28, also sought consolidation of the cases, the Parties do not seek consolidation with this Stipulation, and the Parties reserve their rights to seek or oppose consolidation as the litigation progresses.

Accordingly, the Parties respectfully request that the Court transfer *United States v. Hobbs*, 22-cv-02107-PHX-SMB, to this Court and renumber it 22-cv-02107-PHX-DGC. A proposed form of order granting this Stipulation is submitted herewith.

Respectfully submitted this 23rd day of January, 2023.

---

[2] The Parties agree that this Stipulation should be exempt from the stays in both cases, and respectfully request that it be addressed now, so that when the Parties file status reports and proposals for further proceedings in early February in accordance with the stay orders they can do so before a single Judge.

STIPULATION TO TRANSFER *UNITED STATES V. HOBBS*, 2:22-CV-2107-PHX-SMB        1

GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

SHAUN M. PETTIGREW
(Calif. Bar No. 254564)
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, Washington 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*/s/ Andrew A. Smith*
ANDREW A. SMITH
(NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

TYLER M. ALEXANDER
(Calif. Bar No. 313188)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0238
tyler.alexander@usdoj.gov

*Attorneys for the United States and Federal Defendants*

STIPULATION TO TRANSFER *UNITED STATES V. HOBBS*, 2:22-CV-2107-PHX-SMB            2

SNELL & WILMER L.L.P.

*/s/ Colin P. Ahler (electronically approved)*
Brett W. Johnson
Colin P. Ahler
Ryan J. Regula
Charlene A. Warner
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
(623) 382-6000
bwjohnson@swlaw.com
cahler@swlaw.com
rregula@swlaw.com
cwarner@swlaw.com

*Attorneys for Governor Hobbs and State Defendants in the United States case*

*/s/ Marc D. Fink (electronically approved)*
Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org
*Pro Hac Vice*

*Attorney for Defendant-Intervenor Center for Biological Diversity*

STIPULATION TO TRANSFER *UNITED STATES V. HOBBS*, 2:22-CV-2107-PHX-SMB         3