GARY M. RESTAINO
United States Attorney
District of Arizona

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street N.W., Suite 900
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

*Attorneys for United States/Federal Defendants (additional counsel on signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Katie Hobbs, Governor of the State of Arizona,**<br>　　　　　Plaintiff,<br>　v.<br>**Randy Moore, Chief of the United States Forest Service, et al.,**<br>　　　　　Federal Defendants,<br>**Center for Biological Diversity,**<br>　　　　　Defendant-Intervenor. | No. 2:22-cv-01814-PHX-DGC<br><br>**THE PARTIES' STATUS REPORT AND STIPULATION TO CONTINUE STAYS** |
| **United States of America,**<br>　　　　　Plaintiff,<br>　v.<br>**Katie Hobbs, Governor of the State of Arizona, et al.,**<br>　　　　　State Defendants. | No. 2:22-cv-02107-PHX-DGC<br><br>**THE PARTIES' STATUS REPORT AND STIPULATION TO CONTINUE STAYS** |

The Parties in *Hobbs v. Moore, et al.*, 22-cv-01814-PHX-DGC (hereinafter, "*Hobbs* case") and in *United States v. Hobbs, et al.*, 22-cv-02107-PHX-DGC (hereinafter, "*United States* case") provide this status update and respectfully request that the Court extend the stays in these cases by an additional 90 days.

The Court entered a stay on January 3, 2023 in the *Hobbs* case (ECF No. 38), and on January 4, 2023 in the *United States* case (ECF No. 20). The Court granted the Parties' Stipulation to transfer the *United States* case to this Court on January 27, 2023 (ECF No. 43).

Since the requests for stays, Arizona has continued implementation of the December 21, 2022 "Stipulation" in the *United States* case (ECF No. 7). Arizona removed all shipping containers from the United States' properties in the U.S. Border Patrol Yuma Sector, including from lands over which the U.S. Bureau of Reclamation holds an easement on the Cocopah Indian Tribe's West Reservation, by the first week of January 2023. Arizona also began removing all shipping containers from the United States' properties on National Forest System lands within the Coronado National Forest in January 2023, and those removals are almost complete.

Following removal of all shipping containers in accordance with the Stipulation, the United States must assess the areas for any remediation needs.[1] The United States anticipates that these assessments will take at least 30 to 45 days to complete. Once the assessments are completed, the United States will be in a position to discuss settlement possibilities with Arizona in concrete terms. Arizona and the United States believe that settlement discussions have the potential to substantially narrow the issues, and may even obviate the need for discovery and further litigation. In the United States' experience, settlement discussions of this nature may take several weeks, given the extent of the properties impacted and the varying actions that may be needed to remediate specific areas.

---

[1] By entering into this joint status report and stipulation, Arizona does not concede liability for any remediation needs that may be identified or claimed by the United States.

STATUS REPORT AND STIPULATION TO EXTEND STAY 1

For these reasons, the Parties respectfully request that the Court extend the stays by an additional 90 days to allow the United States to complete its assessments of remediation needs and to begin settlement discussions with Arizona. At the end of that 90 days, the Parties will update the Court on the status of these matters and propose further proceedings.

A proposed form of order granting this Stipulation is submitted herewith.

Respectfully submitted this 2nd day of February, 2023.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>TODD KIM
>Assistant Attorney General
>Environment & Natural Resources Division
>United States Department of Justice
>
>SHAUN M. PETTIGREW
>(Calif. Bar No. 254564)
>Senior Trial Attorney
>Natural Resources Section
>c/o NOAA, Damage Assessment
>7600 Sand Point Way, NE
>Seattle, Washington 98155
>Phone: (206) 526-6881
>shaun.pettigrew@usdoj.gov
>
>*/s/ Andrew A. Smith*
>ANDREW A. SMITH
>(NM Bar No. 8341)
>Senior Trial Attorney
>Natural Resources Section
>c/o United States Attorney's Office
>201 Third Street, N.W., Suite 900
>P.O. Box 607
>Albuquerque, New Mexico 87103
>Phone: (505) 224 1468
>andrew.smith@usdoj.gov

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | TYLER M. ALEXANDER                                              |
| 2   | (Calif. Bar No. 313188)                                         |
|     | Trial Attorney                                                  |
| 3   | Natural Resources Section                                       |
|     | PO Box 7611                                                     |
| 4   | Washington, DC 20044-7611                                       |
| 5   | Phone: (202) 305-0238                                           |
|     | tyler.alexander@usdoj.gov                                       |

*Attorneys for the United States and Federal Defendants*

SNELL & WILMER L.L.P.

*/s/ Colin P. Ahler*
Brett W. Johnson
Colin P. Ahler
Ryan J. Regula
Charlene A. Warner
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
(623) 382-6000
bwjohnson@swlaw.com
cahler@swlaw.com
rregula@swlaw.com
cwarner@swlaw.com

*Attorneys for Governor Hobbs and State Defendants in the United States case*

*/s/ Marc D. Fink*
Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org
*Pro Hac Vice*

*Attorney for Defendant-Intervenor Center for Biological Diversity*

STATUS REPORT AND STIPULATION TO EXTEND STAY                    3