**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Katie Hobbs, Governor of the State of Arizona, | ) | No. CV-22-1814-PHX-DGC |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING STAYS** |
| | ) | |
| Randy Moore, Chief of the United States Forest Service, et al., | ) | |
| Federal Defendants, | ) | |
| | ) | |
| Center for Biological Diversity, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |
| United States of America, | ) | |
| Plaintiff, | ) | No. CV-22-2107-PHX-DGC |
| v. | ) | **ORDER CONTINUING STAYS** |
| | ) | |
| Katie Hobbs, Governor of the State of Arizona, et al., | ) | |
| | ) | |
| State Defendants. | ) | |

**THIS MATTER** came before the Court on the Parties' May 2, 2023 "Status Report and Stipulation to Continue Stays" in the above-captioned cases. The Court, being advised of the premises, finds that the Stipulation is well-taken and GRANTS the Stipulation, as follows:

1. All deadlines in these cases continue to be stayed.

2. The parties are directed to file a joint status report no later than **August 23, 2023** advising the Court on the status of the cases and proposing further proceedings.

3. The Court will hold a telephonic status conference on **August 29, 2023 at 2:00 p.m.**

**IT IS HEREBY ORDERED.**

Dated this 2nd day of May, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge