IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Katie Hobbs, Governor of the State of Arizona,**<br>　　　　　Plaintiff,<br>　　v.<br>**Randy Moore, Chief of the United States Forest Service, et al.,**<br>　　　　　Federal Defendants,<br>**Center for Biological Diversity,**<br>　　　　　Defendant-Intervenor. | No. 2:22-cv-01814-PHX-DGC<br><br>**[PROPOSED] ORDER CONTINUING STAYS AND VACATING STATUS CONFERENCE** |
| **United States of America,**<br>　　　　　Plaintiff,<br>　　v.<br>**Katie Hobbs, Governor of the State of Arizona, et al.,**<br>　　　　　State Defendants. | No. 2:22-cv-02107-PHX-DGC<br><br>**[PROPOSED] ORDER CONTINUING STAYS AND VACATING STATUS CONFERENCE** |

1  THIS MATTER came before the Court on the Parties' August 23, 2023 "Joint Status Report" in the above-captioned cases.  The Court, being advised of the premises, finds that the requests in the Joint Status Report to be well-taken and orders as follows:

    1. All deadlines in this case continue to be stayed;

    2. The status conference scheduled for August 29, 2023, is vacated; and

    3. If the above-captioned cases have not been voluntarily withdrawn by September 26, 2023, the Parties shall file another joint status report on that date.

IT IS HEREBY ORDERED.