# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Hobbs, Governor of the State of Arizona,<br><br>          Plaintiff,<br><br>v.<br><br>Randy Moore, Chief of the United States Forest Service, in his official capacity; Camille Calimlim Touton, Commissioner of the United States Bureau of Reclamation, in her official capacity; Thomas J. Vilsack, United States Secretary of Agriculture, in his official capacity; United States Forest Service; and United States Bureau of Reclamation,<br><br>          Federal Defendants,<br><br><br>Center for Biological Diversity,<br><br>          Defendant-Intervenor. | No. CV-22-1814-PHX-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal.  Doc.50

**IT IS ORDERED** that the stay in this case is lifted, this matter is dismissed without prejudice, all pending deadlines are vacated, and all pending motions are denied as moot.  The Clerk is directed to **terminate** this matter.

Dated this 15th day of September, 2023.

David G. Campbell
Senior United States District Judge